UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN ELECTRICAL EMPLOYEES' PENSION
FUND, Trustees of; MICHIGAN ELECTRICAL
EMPLOYEES HEALTH PLAN, Trustees of;
NATIONAL ELECTRICAL BENEFIT FUND, Trustees of;
NATIONAL ELECTRICAL ANNUITY FUND, Trustees of;
WEST MICHIGAN ELECTRICAL JOINT APPRENTICESHIP
AND TRAINING COMMITTEE TRUST, Trustees of; and
WEST MICHIGAN LABOR-MANAGEMENT COOPERATION
FUND, Trustees of,

      Plaintiffs,                                    Case No. 08-CV-1078
                                                  Hon. Robert Jonker

v.

AKTION ELECTRICAL CONTRACTING LLC and
ROBERT BAKER,

      Defendants.
_____/

**AFFIDAVIT FOR ENTRY OF DEFAULT**
**AGAINST DEFENDANT ROBERT BAKER**

HOPE L. CALATI, being duly sworn, deposes and states:

1.     I am one of the attorneys for plaintiffs in the above-captioned action.

2.     Defendant ROBERT BAKER was properly served with the Summons and Complaint by certified mail, return receipt requested, delivery restricted to addressee, sent to 3653 W. River Road, Muskegon, 49445, under the provisions of MCR 2.105(A)(2), for service on an individual, which rule is incorporated into the Federal Rules of Civil Procedure at Fed.R.Civ.P. 4(e)(1). ROBERT BAKER received the Summons and Complaint on December 17, 2008.

3.     I certified that fact to this Court the in Return of Service that was electronically filed with the Court on December 20, 2008.

4. Defendant ROBERT BAKER has failed to answer or otherwise move in response to the Complaint.

5. Under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, the time within which defendant ROBERT BAKER may answer or otherwise move in response to the Complaint has expired.

6. The time for defendant ROBERT BAKER to answer or otherwise move in response to the Complaint has not been extended.

7. I have spoken with ROBERT BAKER on the telephone, most recently on December 12, 2008. Upon information and belief is not an infant, an incompetent person or in miliary service.

8. I am more than twenty-one years of age, am competent to testify and would, if called, testify to the above-stated matters from personal knowledge.

BY: _____
HOPE L. CALATI (P54426)
Attorneys for Plaintiffs
1000 Farmer Street
Detroit, Michigan 48226
(313) 965-3464
hcalati@sachswaldman.com

Subscribed and sworn to me
this 22nd day of January, 2009

_____
Loraine Pulgini, Notary Public
Macomb County, Acting in Wayne County
My commission expires March 25, 2012